# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL MACIAS-HERNANDEZ,<br><br>Defendant. | Case No. CV 14-3589-JFW (KK)<br>CR 97-0334-RAP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 1/22/15

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE